[This opinion has been published in *Ohio Official Reports* at 73 Ohio St.3d 714.]

HARVEY ET AL., APPELLANTS, v. SHOUP, SUPERINTENDENT, ET AL., APPELLEES.

[Cite as *Harvey v. Shoup*, 1995-Ohio-176.]

*Schools—Tort liability—Statutes of limitations—R.C. 2744.04(A) is unconstitutional as applied to minors.*

(No. 94-2488—Submitted September 13, 1995—Decided October 4, 1995.)

APPEAL from the Court of Appeals for Portage County, No. 93-P-0118.

————————————

*Briggs & Pry* and *R. David Briggs*, for appellants.

*Joyce K. Layborn*, for appellees.

————————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Adamsky v. Buckeye Local School Dist.* (1995), 73 Ohi St.3d 360, 653 N.E.2d 212.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., dissents.

————————————